RECEIVED
IN LAKE CHARLES, LA
DEC - 2 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **CAROLYN LEE GREEN AND ROBERT LEON GREEN** | : | **DOCKET NO. 05-871** |
| VS. | : | **JUDGE TRIMBLE** |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED ADJUDGED AND DECREED** that motion for partial dismissal [doc. #5] filed by the defendants, the State of Louisiana through the Department of Public Safety and Corrections, Sgt. Thibodeaux, Sgt. Overmeyer, Sgt. Jacobs, Sgt. Perkins, Sgt. Mitchell, Master Sgt. Williams, Lt. Holbrook, Lt. Davis, Lt. Smith, Capt. Harvey, Capt. Thompson, Capt. Cloud, Capt. Lopez, Maj. Brian Wilson, Lt. Col. Smith, Assistant Warden Williams, Warden James Rogers, Warden Cornel Hubert, Unknown Persons in St. Gabriel, Nurse Bordelon and Dr. Snyder is hereby granted in part and denied in part as follows: (1) all claims of Plaintiff, Robert Leon Green, are hereby dismissed (2) all claims against Warden Cornel Hubert are hereby dismissed, (3) all claims against the Corrections Defendants in their official capacity are hereby dismissed, all other claims against the Corrections Defendants will remain pending, (4) all claims against the State of Louisiana, through the Department of Public Safety and Corrections are hereby dismissed, and (5) all claims against the "Unknown Persons at St. Gabriels", Nurse Bordelon and Dr. Snyder, otherwise known as the Medical Defendants at the EHCC and CPPCC are hereby dismissed, otherwise, the motion is denied.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2nd day of December, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE