
RECEIVED
IN LAKE CHARLES, LA
JAN - 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **CAROLYN LEE GREEN, ET AL.** | : | **DOCKET NO. 05-0371** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **LA. DEPT OF PUBLIC SAFETY & CORRECTIONS, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

On December 8, 2005, the court observed that the claims arising under federal law had been dismissed. (*See*, December 8, 2005, Minute Entry). It was further noted that diversity jurisdiction may exist, but that it had not been properly alleged or established. *Id.* Plaintiffs were granted 11 days to file an amended complaint that set forth diversity jurisdiction. *Id.* The parties were cautioned that if plaintiffs failed to so comply, then the remaining claims could be dismissed. 28 U.S.C. § 1367(c). No response has been received.

In the absence of original subject matter jurisdiction, and upon consideration of the relevant factors, the court declines to exercise supplemental jurisdiction over the remaining state law claims. 28 U.S.C. § 1367(c)(3); *see, Giles v. NYLCare Health Plans, Inc.*, 172 F.3d 332, 339 (5th Cir. 1999). Accordingly,

IT IS ORDERED that the remaining claims be, and they are hereby DISMISSED, without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3rd day of January, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE